## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. |
| : | |
| NICHOLAS WALDON SMOTHERMAN : | |
| : | VIOLATION: |
| Defendant. : | 18 U.S.C. § 111(a)(1) |
| : | (Assaulting, Resisting, or Impeding |
| : | Certain Officers) |
| : | |
| : | |

### I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, at approximately 2:28 p.m., within the District of Columbia, **NICHOLAS WALDON SMOTHERMAN**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Sergeant B.G. an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

                                Respectfully submitted,

                                MATTHEW M. GRAVES
                                United States Attorney
                                D.C. Bar No. 481052

By:    /s/ *Terence A. Parker*
        TERENCE A. PARKER
        Trial Attorney (Detailee)
        U.S. Attorney's Office for the
        District of Columbia
        NY Bar No. 5775192
        Email: Terence.Parker3@usdoj.gov
        Phone: (202) 252-7859