IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                                        )  No. 1:24-cr-00538
      v.                        )  JUDGE FRIEDRICH
                                          )
                                          )
NICHOLAS WALDON SMOTHERMAN  )

## MOTION FOR SIGNED ORDER

On July 24, 2024, a complaint issued charging Mr. Smotherman with violations of 18 U.S.C. § 111(a)(1), 18 U.S.C. § 231(a)(3), and various related offenses based on events that occurred at the United States Capitol Grounds on January 6, 2021. (D.E. 1) On August 2, 2024, Mr. Smotherman was arrested in connection with that complaint. (D.E. 5) On November 25, 2024, Mr. Smotherman was charged by information with one count of violating 18 U.S.C. § 111(a)(1). (D.E. 18) On December 17, 2024, Mr. Smotherman pleaded guilty to the information pursuant to a plea agreement and a sentencing hearing was scheduled for April 23, 2025.

On January 21, 2025, the Government moved to dismiss Mr. Smotherman's case with prejudice and submitted a proposed order for the Court's signature. (D.E. 25) That same day, the Court entered a minute order granting the Government's motion.

Mr. Smotherman respectfully asks the Court to enter a signed order granting the Government's motion to dismiss.

Respectfully submitted,


/s/ *Will Allensworth*
WILL ALLENSWORTH (BPR# 030735)
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
Will_Allensworth@fd.org

Attorney for Nicholas Waldon Smotherman